IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02309-RPM-BNB

JOHN MCMAHAN, M.D., and
LYNN MCMAHAN,

Plaintiffs,

v.

C&B DEVELOPMENT CO., LLC, a Colorado limited liability company, and
JAMES COMERFORD,

Defendants.
_____

## ORDER
_____

      I am informed that this case has been resolved.  Accordingly,

      IT IS ORDERED that on or before **March 2, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated February 16, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge