IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-02309-RPM-BNB

JOHN MCMAHAN, M.D., and
LYNN MCMAHAN,

      Plaintiffs,

v.

C&B DEVELOPMENT CO., L.L.C.,
a Colorado Limited Liability Company, and
JAMES COMERFORD,

      Defendants.

---

## ORDER FOR DISMISSAL

---

Upon consideration of the Stipulation for Dismissal with Prejudice (Doc. 24), filed on March 3, 2006, it is

ORDERED that this action is dismissed with prejudice, including both claims and counterclaims, each party to bear its respective fees and costs.

Dated: March 6, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge